## CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL
## TO THE COURT OF APPEALS

APPELLATE NO.

TRIAL COURT NO. 30380

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/24/2015 11:23:19 AM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| STATE OF TEXAS | * | IN THE DISTRICT COURT OF |
| VS: | * | ANDERSON COUNTY, TEXAS |
| CHRISTOPHER RAY OLIVAREZ | * | 3RD JUDICIAL DISTRICT |

**The records in my office reflect the following information in this case:**

CASE TYPE: BURGLARY OF HABITATION

JUDGMENT OR APPEALABLE ORDER SIGNED: 03.18.2015

MOTION FOR NEW TRIAL FILED: 04.17.2015

NOTICE OF APPEAL FILED: 04.17.2015

REQUEST FOR FINDINGS OF FACT: N/A

DATE REQUEST FOR REPORTER'S RECORD FILED: 04.17.2015

PRESIDING TRIAL COURT JUDGE: BASCOM W. BENTLEY

TRIAL COURT REPORTER(S): NANCY ADAMS

WAS APPELLANT DECCLARED INDIGENT?     YES: X          NO:

APPELLANT'S COUNSEL IS:     RETAINED:          APPOINTED: X     PRO SE:

APPELLANT'S          ATTORNEY: COLIN D. MCFALL
                     ADDRESS: 513 N. CHURCH ST.
                                    PALESTINE, TEXAS 75801
                     TELEPHONE: 903-723-1923
                     FAX:          903-723-0269
                     STATE BAR CARD NO.: 10045000
                     EMAIL:     cmcfall@mcfall-law-office.com

APPELLEE'S ATTORNEY: ALLYSON MITCHELL, DIST. ATTNY.
        ADDRESS:  500 N. CHURCH ST.
             PALESTINE, TEXAS 75801
        TELEPHONE: 903-723-7400
        STATE BAR CARD NO.: 24026884
        EMAIL:   amitchell@co.anderson.tx.us

DATED THIS 24TH DAY OF APRIL, 2015.

       JANICE STAPLES
       DISTRICT CLERK


       BY: _____
         Becky Brewster, DEPUTY

(Complete in duplicate – Original to 12th Court Of Appeals/Trial Court
     1517 W. Front St., Ste. 354, Tyler, TX 75702)

***PLEASE ATTACHE A FILE-MARKED COPY OF THE NOTICE OF APPEAL TO
THIS FORM. PLEASE BE SURE THAT ALL OF THE REQUESTED INFORMATION
IS COMPLETE. THANK YOU.**

**FILED FOR RECORD**
At 3:27 o'clock PM

APR 17 2015

**JANICE STAPLES**
District Clerk, Anderson County, TX
by_____ Dep.

CAUSE NUMBER 30,380

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE |
| | § | |
| VS. | § | THIRD DISTRICT COURT |
| | § | |
| CHRISTOPHER RAY OLIVAREZ | § | ANDERSON COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Christopher Ray Olivarez, by and through Colin D. McFall, Attorney of Record, in the above numbered and styled cause, pursuant to *Rule 25.2*, Texas Rules of Appellate Procedure and *Rule 26.2*, Texas Rules of Appellate Procedure, and files the instant Notice of Appeal.

I.

The Defendant is the party filing the instant Notice of Appeal.

II.

The Defendant desires to appeal the Judge's Adjudication of Guilt and Sentence, pronounced on or about the 18th day of March 2015.

III.

The Trial Court is the Third Judicial District Court of Anderson County, Texas. The cause number and style of Appellant's case are: Cause Number 30,380, The State of Texas vs. Christopher Ray Olivarez.

IV.

Appeal is taken to the Twelfth Court of Appeals of Texas.

V.

The instant appeal is not accelerated.

VI.

WHEREFORE, PREMISES CONSIDERED, Defendant Christopher Ray Olivarez prays the Court recognize the instant Notice of Appeal.

RESPECTFULLY SUBMITTED,

COLIN D. MCFALL
Attorney at Law
Texas Bar Number:   24027498

Attorney at Law
513 North Church Street
Palestine, Texas 75801-2962
Telephone:      903-723-1923
Facsimile:      903-723-0269
Email: cmcfall@mcfall-law-office.com

## CERTIFICATE OF SERVICE

I, Colin D. McFall, Attorney of Record for the above styled Defendant, hereby certify service of a true and correct copy of the above and foregoing document upon Assistant Criminal District Attorney Scott Holden, at sholden@co.anderson.tx.us, by email, on the 17th day of April 2015.

RESPECTFULLY SUBMITTED,

COLIN D. MCFALL
Attorney at Law
Texas Bar Number:   24027498

Attorney at Law
513 North Church Street
Palestine, Texas 75801-2962
Telephone:      903-723-1923
Facsimile:      903-723-0269
Email: cmcfall@mcfall-law-office.com

 

FILED FOR RECORD
At 3:12 o'clock P.m.

MAR 1 8 2015

JANICE STAPLES
District Clerk, Anderson County, TX
By_____Dep.

CASE NO. 30380    COUNT

INCIDENT NO./TRN: 9177559606

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 3RD JUDICIAL DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| CHRISTOPHER RAY OLIVAREZ | § | ANDERSON COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX08324524 | § | |

# JUDGMENT ADJUDICATING GUILT

| | | |
|---|---|---|
| Judge Presiding: | HON. Bascom W. Bentley III | Date Judgment Entered: 3/18/2015 |
| Attorney for State: SCOTT HOLDEN | | Attorney for Defendant: COLIN MCFALL |

Date of Original Community Supervision Order: 3/19/2011

Statute for Offense: 30.02(c)(2) PC

Offense for which Defendant Convicted:
**BURGLARY OF HABITATION**

Date of Offense:
**April 25, 2010**

Degree:
**2ND DEGREE FELONY**

Plea to Motion to Adjudicate: **TRUE**

Findings on Deadly Weapon: **N/A**

Terms of Plea Bargain:

Date Sentence Imposed: **3/18/2015**    Date Sentence to Commence: **3/18/2015**

Punishment and Place of Confinement: **20 YEARS INSTITUTIONAL DIVISION, TDCJ**

THIS SENTENCE SHALL RUN **CONCURRENTLY.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** .

| Fine: $ N/A | Court Costs: $ 699.00 | Restitution: $ | Restitution Payable to: ☐ VICTIM (see below)  ☐ AGENCY/AGENT (see below) |
|---|---|---|---|

**Sex Offender Registration Requirements do not apply to the Defendant.** TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

| | |
|---|---|
| Time Credited: | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
| | From 5/10/2014 to 5/29/2014     From 7/29/2014 to 3/18/2015     From 6/17/2013 to 1/7/2014 |
| | From    to    From    to    From    to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
| | **N/A DAYS    NOTES: N/A** |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

The Court previously deferred adjudication of guilt in this case. Subsequently, the Court heard the matter of Defendant's compliance with and obedience to the terms and conditions of the Court's Order of Deferred Adjudication of Guilt. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

After hearing and considering the evidence presented by both sides, the Court FINDS THE FOLLOWING: (1) The Court previously found the Defendant to be qualified for community supervision; (2) The Court DEFERRED further proceedings, made no finding of guilt, and rendered no judgment; (3) The Court issued an order placing Defendant on community supervision for a period of **8 YEARS**; (4) The Court assessed a fine of $ **1,000.00**; (5) While on community supervision, Defendant violated the terms and conditions of community supervision as set out in the State's **AMENDED** Motion to Adjudicate Guilt as follows:

PARAGRAPHS 1, 4, 13, 15, 17, 20, 21 AND 39..

Accordingly, the Court GRANTS the State's Motion to Adjudicate the Defendant's Guilt in the above cause. FINDING the Defendant committed the offense on the date as noted above, the Court ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Anderson County District Clerk. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of      County, Texas on the date the sentence is to commence. Defendant shall be confined in the County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the      . Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the      County **District Clerk**. Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

Reimburse County for Court Appointed Attorney's Fees

---

**Signed and entered on March 18, 2015**

X _____

**Bascom W. Bentley III**
JUDGE PRESIDING

Clerk: JANICE STAPLES



Right Thumbprint

3-18-15

Christopher Ray Olivarez